**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**
**CRIMINAL MINUTES – SENTENCING HEARING**

**Case No.:  6:22CR00008-001**                    **Date:  August 24, 2022**

| **Defendant:  Amanda Mann (Bond)** | **Counsel:  Monica D. Cliatt (FAFPD)** |

TIME IN COURT:  <u>1:28 – 1:48 p.m. (20 minutes)</u>

PRESENT:       JUDGE:              Norman K. Moon
               Deputy Clerk:       Carmen Amos
               Court Reporter:     Lisa Blair
               U. S. Attorney:     Charlene Day
               USPO:               Jasmine Davis
               Case Agent:         Gavi Simms, SSA
               Interpreter:        N/A

**LIST OF WITNESSES**

<u>GOVERNMENT:</u>                    <u>DEFENDANT:</u>
1.                                  1.
2.                                  2.
3.                                  3.
4.                                  4.

**PROCEEDINGS:**

☒     Consent to Proceed by Video Conference form executed and filed.  Defendant voluntarily consents to participate in this hearing via videoconferencing.

☒     No Objections to Presentence Report.

☐     Court inquires as to Objection(s) to Presentence Report made by ☐ USA  ☐ Deft.
       ☐ Court overrules Objection(s).    ☐ Court grants Objection(s).

☐     Government presents evidence.

☐     Defendant presents evidence.

☒     No evidence presented.

☒     Court adopts Presentence Report.
☐     Court accepts Plea Agreement.

☐     Government Motion for Substantial Assistance.
       ☐ Court grants.        ☐ Court denies.

☐     Defendant Motion for Variance.
       ☐ Court grants.        ☐ Court denies.

☒     Allocutions by Defendant.

SENTENCE IMPOSED AS FOLLOWS:

CBOP:   _____.
PROB:   2 years, to include a period of 6 months of home detention as a condition of release.
        - comply w/ Standard, Mandatory & Special Conditions.
        ☐   Mandatory drug testing suspended.
SR:     _____ years.
SA:     $100.00 due immediately.
FINE:   Waived.
REST:   $30,285.25 to SSA, with interest waived.

☐ Court recommends as follows:
    ☐ That Defendant receive appropriate mental health treatment while imprisoned.
    ☐ That Defendant be designated to _____.

## SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

☐ The defendant shall participate in a program of testing and treatment for substance abuse, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

☐ The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

☒ The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

☒ The defendant shall submit his or her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his or her supervision and that the areas to be searched contain evidence of this violation.

☐ The defendant must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity.

☐ Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, substance abuse and mental health treatment are necessary and appropriate. If additional treatment is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program.

☐ The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

☐ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

☐ The defendant shall not purchase, possess, use or administer any alcohol, or frequent any businesses whose primary function is to serve alcoholic beverages.

☐ The defendant shall provide the probation officer with access to any requested financial information.

☐ The defendant shall be prohibited from engaging in certain banking activities pursuant to 12 U.S.C. § 1829(a).

☐ The defendant shall perform _____ hours of community service to be worked out with and approved by the supervising officer.

☒ The defendant shall participate in home detention for a period of 6 months, and is restricted to her residence at all times, except for employment; education; religious services; medical appointments; attorney visits; court-ordered obligations; or other activities as pre-approved by the probation officer. The form technology is at the discretion of the probation officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and supervising officer.

☐ While under home detention, the defendant shall submit to electronic monitoring and shall pay the costs of the electronic monitoring service.

☐ Within ___ days of release on probation/supervised release, the defendant shall register with the VA Dept. of State Police, Sex Offender Registry. The defendant shall also notify this agency within 30 days of any change of residence.

☐ Upon release from imprisonment, the defendant shall be delivered to an authorized immigration official for deportation proceedings and shall remain outside of the United States. Should deportation not occur, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the Bureau of Prisons or any authorized immigration official.

☐ See additional special condition(s) below.

## PAYMENT SCHEDULE:

☒ A lump sum payment of $100 is due immediately, with the balance payable in equal monthly installments of $100.00, to commence 30 days after the date of this judgment.

## ADDITIONAL RULINGS:

☐ Defendant shall be ineligible for all federal benefits for  mos., yrs., permanently from the date of judgment.

☐ Counts _____ are dismissed pursuant to the plea agreement.

☒ Defendant advised of right to appeal.

☐ Defendant remanded to custody.

☒ Defendant released to term of Probation.
☐ Defendant to remain on bond and self-report:

    ☐ to the U. S. Marshal no later than (time) on (date).
    ☐ to the institution designated by the Bureau of Prisons as directed by the U. S. Marshal.
    ☐ to the institution designated by the Bureau of Prisons as directed by the U. S. Probation Office.

<u>Additional Information:</u>
*ALL PARTIES WERE PRESENT VIA VIDEO CONFERENCE / ZOOM.